U.S Department of Justice

*United States Attorney*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of TEXAS

United States District Court
Southern District of Texas
FILED

MAR 1 8 2019

David J. Bradley, Clerk of Court

United States of America )
)
v. ) MAGISTRATE'S NO. B-19-mJ-359
Eric Adam Swede HILL )
) DISTRICT CT. NO. _____
)

### AFFIDAVIT

On this date appeared before the Court the following Agent, who, after being duly sworn, deposed and said: In the captioned case,

1. Karol Lisbeth DUQUE-Montoya          3.

2. Aldo Alfonso MANCIPE-Aguirre         4.

(is)are material witness(es) for the prosecution at the trial of the above-named defendant(s) who (is)are charged with violation of certain federal laws. The witness(es) are citizens of _____ COLOMBIA _____, illegally within the United States. Should they be left to their own devices and return home, they are not subject to extradition, and it will be impracticable to secure their presence at such time as the case is called for trial.

Peterson, Clayton E.
Investigator/Agent

SUBSCRIBED and sworn to before me this __18__ day of _____March_____, __2019__.

Ronald G. Morgan
UNITED STATES MAGISTRATE JUDGE

In view of the above affidavit, it is requested of the United States Magistrate that the witness(es) named in the affidavit be required to make bail in such amount as the United States Magistrate should see fit to assure their presence at the trial, and should they be unable to make such bond, that they be committed to the custody of the United States Marshal pending final disposition of the criminal case, as provided by Rule 46(b) of the Federal Rules of Criminal Procedure.

It is ORDERED on this 18th day of March, 2019, that the above witness(es) who were this date brought before me be committed to the custody of the United States Marshal pending final disposition of the above captioned case, in lieu of bail in the sum of $ 5,000 with 20%.

Ronald G. Morgan
UNITED STATES MAGISTRATE JUDGE

WDT-CR-5(1)