

U.S. Department of Justice

*United States Attorney*
*Southern District of Texas*

United States District Court
Southern District of Texas
**ENTERED**
April 25, 2019
David J. Bradley, Clerk

*600 E. Harrison, Suite 201*   *Phone (956)548-2554*
*Brownsville, TX 78520*        *Fax (956) 548-2711*

Witnesses released on April 2̲5̲, 2019

Honorable Ignacio Torteya, III
United States Magistrate Judge
Brownsville, Texas 78520

_____
United States Magistrate Judge

In re:  Witnesses in the case of U.S. vs. **ERIC ADAM SWEDE-HILL**
        Criminal No. **B-19-303**

Dear Judge Torteya:

    Please release the following witness(es) from the material-witness affidavits to be then turned over to the immigration service for whatever action they deem appropriate.

    **Karol Lisbeth Duque-Montoya**
    **Aldo Alfonso Mancipe-Aguirre**

Respectfully,

RYAN K. PATRICK
UNITED STATES ATTORNEY

*s/ Oscar Ponce*
OSCAR PONCE
Assistant United States Attorney
Federal Bar #: 11420
State Bar #: 16109700
600 E. Harrison, Ste. 201
Brownsville, TX 78520
Tel: (956) 548-2554 / Fax: (956) 548-2711